| | | COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - INTERVIEW IN-PERSON | Crime/Condition ASSAULT-FELONIOUS | Command 075-75TH PRECINCT Date of This Report 12/10/2012 |
|---|---|---|---|---|

| Date of UF61 12/01/2012 | Date Case Assigned 12/01/2012 | Complaint No. 2012-075-19514 | Case No. 2012 - 5279 | Unit Reporting SQUAD | Follow-Up No. 6 |
|---|---|---|---|---|---|

| Topic/Subject (INTERVIEW IN-PERSON) INTER CV BROOKDALE HOSPITAL | Activity Date 12/10/2012 | Activity Time 21:00 |
|---|---|---|

| Complainant's Name | Address | Apt No. |
|---|---|---|
| N█████, V█████ | ████████████████ | █ |

| Nickname/Alias/Middle Name | | | | |
|---|---|---|---|---|
| Sex FEMALE | Race BLACK | Date of Birth ████ | Age 32 | |
| Home Telephone ████ | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| N█████, V█████ | ████████████████ | █ |

| Nickname/Alias/Middle Name | | | | |
|---|---|---|---|---|
| Position/Relationship | Sex FEMALE | Race BLACK | Date of Birth ████ | Age 32 |
| Home Telephone ████ | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**

1. On December 10, 2012, at approximately 2100HRS I WAS AT BROOKDALE HOSPITAL MEDICAL CENTER WHERE I INTERVIEWED THE CV WHO WAS RESTING IN ROOM #550. THE CV STATED THAT ON THE NIGHT OF OCCURRENCE SHE HAD GONE TO A GROCERY STORE ON BELMONT AVENUE TO GET CIGARETTES. UPON WALKING HOME SHE PAST A GROUP OF MEN SHE KNOWS WHO WERE HANGING OUT IN FRONT OF 1029 BELMONT AVENUE.

2. THE CV WAS APPROACHED BY THE SUBJECT WHO SHE KNOWS AS "MELLOW YELLOW". HE LIVES ON THE 2FL WITH HIS BABIES MOTHER (FM HISP) AND NUMEROUS PIT BULL DOGS. THAT NIGHT THE SUBJECT HAD BEEN DRINKING TRIED TO GET TO GET THE CV TO HANG OUT WITH HIM. WHEN SHE DECLINED THE SUBJECT GRABBED HER BY HER HER TOP AND DRAGGED HER INTO THE BUILDING.

3. THE SUBJECT GRAPED THE CV AND DID EXPOSE HER BREAST. AS SHE ATTEMPTED TO FLEE HE TRIED TO PULL HER CLOTHS OFF. THE SUBJECT THEN LET HIS DOGS LOOSE AND THE LIGHTER CINNAMON COLORED DOG BEGAN BITING THE CV. THE SUBJECT SET THE TWO REMAINING DOGS ON THE CV AND TOLD THEM TO " KILL THE BITCH ".

3. THE CV RAN INTO AN APARTMENT AND THEN JUMPED TO A PATIO. SHE HID IN AN ADJACENT LOT UNTIL POLICE ARRIVED. THE CV WAS TRANSPORTED TO BROOKDALE HOSPITAL BY EMS. SHE HAS BEEN ADMITTED WITH A BROKEN RIGHT ANKLE AND BITE MARKS TO THE NECK, FACE, LEFT ARM, RIGHT LEFT LEGS AND ANKLE. THE CV RECEIVED OVER FORTY STITCHES IN ALL.

4. I HAD THE CV REVIEW PIMS PHOTOS OF PERSONS ON FILE FROM 1029 BELMONT AVENUE. C█████ C█████ KNOWN TO THIS DEPARTMENT UNDER NYSID #█████ WAS IDENTIFIED AS BEING PRESENT AT THE TIME OF ATTACK. U█████ G█████ NYSID #█████ TOLD THE SUBJECT TO " GET THE DOGS OFF THAT BITCH " THEY ARE BOTH CONSIDERED A WITNESSES AT THIS TIME AND MAY BE ABLE TO IDENTIFY THE SUBJECT. NEGATIVE PHOTOS INCLUDED NYSID █████, █████ AND C█████ FROM PREVIOUS D.I.R. COMPL.

5. CASE ACTIVE

DEF-000229

http://dd5pink/ecms/reports/printAndAccessLog.action?IBIF_ex=DD5_CASFLD&SYS_...    12/16/2015

Case 1:15-cv-04480-PKC-RLM   Document 41-17   Filed 06/09/17   Page 2 of 2 PageID #: 377
12/16/2015  12:27  17182871146        DBB BACK FAX                         PAGE  18/38

Complaint# 2012-075-19514

Page 13 of 34

| Activity Address Location | Street | | City | State | Zip | Apt # |
| --- | --- | --- | --- | --- | --- | --- |
| NYC | 1 BROOKDALE PLAZA | | BROOKLYN | NY | | |
| Cross Street | | Intersection of | | | Premise Type | |
| AVENUE A and CHURCH AVENUE | | | | | HOSPITAL | |
| Reporting Officer: | Rank | Name | | Tax Reg. No. | Command | |
| | DT2 | JOSEPH PATTON | | 895832 | 296-75 DET SQUAD | |
| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name | Supv. Tax No. | |
| | - | 03/25/2013 | | JOHN TENNANT | 913269 | |