| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - GENERAL INVESTIGATION | | | | Crime/Condition ASSAULT-FELONIOUS | Command 075-75TH PRECINCT Date of This Report 03/13/2013 |
|---|---|---|---|---|---|
| Date of UF61 12/01/2012 | Date Case Assigned 12/01/2012 | Complaint No. 2012-075-19514 | Case No. 2012 - 5279 | Unit Reporting SQUAD | Follow-Up No. 13 |

| Complainant's Name N▊▊▊▊, V▊▊▊▊▊ | | Address ▊▊▊▊▊▊▊▊ NY | | | Apt No. ▊ |
|---|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | | |
| Sex FEMALE | Race BLACK | Date of Birth ▊▊▊▊ | | Age 32 | |
| Home Telephone ▊▊▊▊▊ | Business Telephone | Cell Phone | | Beeper # | E-Mail Address |

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | Premise Type | |

| Activity Date 03/13/2013 | Activity Time 09:30 |
|---|---|

**Topic/Subject:**
PATROL ARREST OF JAMEL WALTSON ( POSIBLE MELLOW - YELLOW )

**Summary of Investigation:**
1. On March 13, 2013, at approximately 0930 HRS I WAS ADVISED THAT PO. COSTELLO # 950242 OF THE 75 PCT ARRESTED JAMEL WALSTON OF 1027 BELMONT AVENUE FOR C.P.W. ( HAND GUN ) UNDER ARREST # K13622920-Q .

2. MR WALSTON WAS INTERVIEWED IN THE PDU AT APPROXIMATELY 1215 HRS AND HE DID STATE THAT HE IS KNOWN BY THE STREET NAME OF ".MELLOW-YELLOW " .HE FURTHER STATED THAT HE LIVES AT 1027 BELMONT AVENUE 2ND FLOOR WITH HIS WIFE ANGELA . MR WALSTON WAS NOT SPOKEN TO IN REGARDS TO THIS INVESTIGATION . AT THIS TIME I AM ATTEMPTING TO LOCATE CV FOR AN IDENTIFICATION OF A POSIBLE SUBJECT.

3. CASE ACTIVE

| Reporting Officer: | Rank DT2 | Name JOSEPH PATTON | | Tax Reg. No. 895832 | Command 296-75 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed 03/25/2013 | Date of Next Review | Name JOHN TENNANT | Supv. Tax No. 913269 |

DEF-000239

http://dd5pink/ecms/reports/printAndAccessLog.action?IBIF_ex=DD5_CASFLD&SYS_...    12/16/2015

| | COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - MUGSHOT PHOTO VIEWING | Crime/Condition ASSAULT-FELONIOUS | Command 075-75TH PRECINCT Date of This Report 03/29/2013 |
|---|---|---|---|
| Date of UF61 12/01/2012 | Date Case Assigned 12/01/2012 | Complaint No. 2012-075-19514 | Case No. 2012 - 5279 | Unit Reporting SQUAD | Follow-Up No. 17 |

| Topic/Subject (MUGSHOT PHOTO VIEWING) PHOTO ID SUBJECT | | | Activity Date 03/28/2013 | Activity Time 23:25 |
|---|---|---|---|---|

| Complainant's Name N█████ V█████ | Address ████████████ | ██ |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Sex FEMALE | Race BLACK | Date of Birth ███ | Age 32 | | |
| Home Telephone ███ | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. N█████ V█████ | Address ████████████ NY | Apt No. █ |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Position/Relationship | Sex FEMALE | Race BLACK | Date of Birth ███ | Age 32 |
| Home Telephone ███ | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

Summary of Investigation:
1. On March 28, 2013, at approximately 2325 HRS I WAS PRESENT AT THE CV RESIDENCE WHERE THE CV IDENTIFIED A PIMS PHOTO OF KEVIN WALSTON AKA "MELO" . ( NYSID# 01461806K ) . CV STATED THAT SHE HAS KNOWN SUBJECT FOR YEARS FROM THE NEIGHBORHOOD AND WOULD HANGOUT WITH HIM AND HIS FRIENDS.

2. CASE ACTIVE

| Activity Address Location NYC | Street ████ | City BROOKLYN | State NY | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street ████ | | Intersection of | | Premise Type RESIDENCE-HOUSE | |

| ATTACHMENT | | |
|---|---|---|
| No | Attachment | Description |

| Reporting Officer: | Rank DT2 | Name JOSEPH PATTON | | Tax Reg. No. 895832 | Command 296-75 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed 05/13/2013 | Date of Next Review | Name JOHN TENNANT | Supv. Tax No. 913269 |

DEF-000243