12/15/2015 12:27 17182871146 DBB BACK FAX PAGE 34/38
Case 1:15-cv-04480-PKC-RLM Document 41-19 Filed 06/09/17 Page 1 of 2 PageID #: 380

Complaint# 2012-075-19514                                    Page 29 of 34

| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - ACTIVATE INVESTIGATION CARD | | | | Crime/Condition ASSAULT-FELONIOUS | Command 075-75TH PRECINCT Date of This Report 03/29/2013 |
|---|---|---|---|---|---|
| Date of UF61 12/01/2012 | Date Case Assigned 12/01/2012 | Complaint No. 2012-075-19514 | Case No. 2012 - 5279 | Unit Reporting SQUAD | Follow-Up No. 20 |

| Topic/Subject (ACTIVATE INVESTIGATION CARD) I - CARD | Activity Date 03/29/2013 | Activity Time 00:15 |
|---|---|---|

**Details**

Summary of Investigation:
1. On March 29, 2013, at approximately 0015HRS I REQUEST AN I - CARD BE ISSUED FOR THE FOLLOWING SUBJECT.
2. CASE ACTIVE

**ICard**

| Control No. | | IDS No. I2013009352 | | | | | |
|---|---|---|---|---|---|---|---|
| Last Name WALSTON | | First Name KEVIN | | M.I. | Aliases/Nicknames MELLOW | NYSID No. 01461806K | |
| Last known address (Street, Apt, State, Zip) NYC 1027 BELMONT AVENUE Apt#2FL BROOKLYN, NY | | | | | Pct. 075 | | |
| Sex MALE | Race BLACK | Date of Birth 11/04/1985 | Social Security No. | Height 5-8 | Weight 175 | Hair Color BLACK | Eye Color BROWN |
| Sought As PERPETRATOR - PROBABLE CAUSE TO ARREST | | Precautions to be Observed ARMED AND DANGEROUS | | | Other | | |
| Domestic Violence? No | | Misd No | | | Felony Yes | | |
| Law Title PL | | Law Section PL 120 | ASSAULT | | | Law Code/Description PL 120.05 00X | F | D | 2 | | |
| Attempt YES | | Type F | | | Class D | Count 1 | |

Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)
SUBJECT KNOWN TO LIVE WITH WIFE 2ND FLOOR 1027 BELMONT AVENUE BROOKLYN NY CONFINES 75 PCT

Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)
WALKS WITH PIT BULL DOGS . KNOWN TO CARRY WEAPONS.

Specific Instructions For Apprehending Officers:
CONTACT DET PATTON 75 PDU

**Required Computer Checks**

| ADW Checked YES | Active I-Card NO | Notified TaxId | Name | Rank | Cmd |
|---|---|---|---|---|---|
| | Active Warrant NO | Notified TaxId | Name | Rank | Cmd |
| DALL Checked YES | Active Warrant NO | Notified TaxId | Name | Rank | Cmd |
| EJustice Checked | Active Warrant | Notified TaxId | Name | Rank | Cmd |

12/16/2015 12:27 17182871146 DBB BACK FAX PAGE 35/38
Case 1:15-cv-04480-PKC-RLM Document 41-19 Filed 06/09/17 Page 2 of 2 PageID #: 381

Complaint# 2012-075-19514

Page 30 of 34

| NYSID Checked | Multiple Active NYSIDs | Notified TaxId | Name | Rank | Cmd | | | |
|---|---|---|---|---|---|---|---|---|
| NO | NO | | | | | | | |
| YES | NO | | | | | | | |
| CRIMS Checked | Scheduled Court Date | Date of Next Court Appearance | Court Location | Court Part | Notified TaxId | Name | Rank | Cmd |
| YES | YES | 05/07/2013 | NEW YORK CRIMINAL | D | 891867 | THOMAS OMALLEY | DT3 | 580-WARRANT SECTION |

Command Phone Number
718-827-3548

| Reporting Officer: | Rank | Name | | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| | DT2 | JOSEPH PATTON | | 895832 | 296-75 DET SQUAD |
| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name | Supv. Tax No. |
| | | 05/13/2013 | | JOHN TENNANT | 913269 |

DEF-000247